Jean E. Williams
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Mark Arthur Brown (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:20-cv-00204-SLG |

## DEFENDANTS' NOTICE OF FILING

Defendants David L. Bernhardt, *et al.*, by and through undersigned counsel, are hereby filing a copy of the "Call for Nominations and Comments for the Coastal Plain Alaska Oil and Gas Lease Sale" ("Call for Nominations"), (attached as Exhibit 1), which

*Gwich'in Steering Committee v. Bernhardt*　　　　　　　　　　　　　　Case No. 20-cv-00204-SLG
Defs.' Notice of Filing　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1
Case 3:20-cv-00204-SLG　Document 21　Filed 11/16/20　Page 1 of 3

BLM has placed on file with the Office of the Federal Register for publication in the Federal Register on November 17, 2020. The Call for Nominations seeks nominations and comments on the lease tracts considered for the upcoming Coastal Plain Oil and Gas Lease Sale pursuant to the Record of Decision ("ROD") signed August 17, 2020 and the procedures set forth at 43 C.F.R. § 3131.2. The ROD adopts an oil and gas leasing program on the Arctic National Wildlife Refuge Coastal Plain pursuant to Section 20001 of the Tax Cuts and Jobs Act of 2017, Pub. L. No. 115-97, 131 Stat. 2054 (2017).

BLM will receive nominations and comments for a 30-day period. Subsequently, should BLM determine to issue a notice of sale, it will publish such notice in the Federal Register prior to the date of any such sale.

Defendants are filing this Notice to keep the Court and the parties informed concerning developments that may be relevant to Plaintiffs' claims in the above-captioned case.

Respectfully submitted,

DATED: November 16, 2020.
JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*Gwich'in Steering Committee v. Bernhardt*     Case No. 20-cv-00204-SLG
DEFS.' NOTICE OF FILING     2
Case 3:20-cv-00204-SLG   Document 21   Filed 11/16/20   Page 2 of 3

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*Gwich'in Steering Committee v. Bernhardt*     Case No. 20-cv-00204-SLG
DEFS.' NOTICE OF FILING     3
Case 3:20-cv-00204-SLG    Document 21    Filed 11/16/20    Page 3 of 3