Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Whitney A. Brown (Bar No. 1906363)
whitney.brown@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Alaska Oil and Gas Association and American Petroleum Institute

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the Interior, et al.,<br><br>        Defendants,<br><br> and<br><br>NORTH SLOPE BOROUGH, et al.,<br><br>        Intervenor-Defendants,<br><br> and<br><br>ALASKA OIL AND GAS ASSOCIATION et al.,<br><br>        Intervenor-Defendants. | No.: 3:20-cv-00204-SLG |

**RESPONSE TO JOINT MOTION AND STIPULATION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

*Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Case No. 3:20-cv-00204-SLG       1

Intervenor-Defendants Alaska Oil and Gas Association and American Petroleum Institute (the "Associations") respectfully provide this brief response to the Joint Motion and Stipulation to Expedite Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Joint Motion"). *See* ECF No. 48.

Plaintiffs have filed a motion for a preliminary injunction to prohibit the Bureau of Land Management ("BLM") from issuing leases pursuant to the Coastal Plain Oil and Gas Leasing Program, and seek approval for a schedule that will resolve their motion by January 6, 2020. BLM produced its Record of Decision in August 2020, Plaintiffs filed their complaint on August 24, 2020, and BLM issued a Call for Nominations for the lease sale in November 2020. Yet Plaintiffs only now spring a preliminary injunction motion on the defendants and the Court right before (and during) many holidays, based on their desire for interim relief by January 6, 2021. Moreover, no on-the-ground activities will be happening under the challenged Coastal Plain Oil and Gas Leasing Program on January 6, 2020, and, in fact, it may be years before any on-the-ground activities commence (if ever). Accordingly, Plaintiffs' urgency is artificial. With those things said, the Associations will comply with the briefing schedule that has been proposed in the Joint Motion.

*Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Case No. 3:20-cv-00204-SLG            2

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

DATED: December 16, 2020.

STOEL RIVES LLP

By: *s/ Ryan P. Steen*
RYAN P. STEEN (Bar No. 0912084)
JASON T. MORGAN (Bar No. 1602010)
WHITNEY A. BROWN (Bar No. 1906363)

Attorneys for Alaska Oil and Gas Association and American Petroleum Institute

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Case No. 3:20-cv-00204-SLG 3

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00204-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Brook Brisson | bbrisson@trustees.org |
| Suzanne Bostrom | sbostrom@trustees.org |
| Bridget Psarianos | bpsarianos@trustees.org |
| Brian Litmans | blitmans@trustees.org |
| Karimah Schoenhut | karimah.schoenhut@sierraclub.org |
| Mark Arthur Brown | mark.brown@usdoj.gov |
| Paul A. Turcke | paul.turcke@usdoj.gov |
| Tyson C. Kade | tck@vnf.com |
| Jonathan David Simon | jxs@vnf.com |
| Melinda Louise Meade Meyers | mmeademeyers@vnf.com |
| Jeanie A. Nelson | anne.nelson@alaska.gov |
| Ronald W. Opsahl | ron.opsahl@alaska.gov |

*/s/ Ryan P. Steen*
Ryan P. Steen

109119669.1 0010627-00051

*Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Case No. 3:20-cv-00204-SLG     4

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500