# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>        Plaintiffs,<br><br>      v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Before the Court at Docket 48 is Plaintiffs and Federal Defendants' Joint Motion and Stipulation to Expedite Consideration. Intervenor-Defendant Associations filed a response indicating they would comply with the proposed briefing schedule. Upon consideration of the motion made pursuant to Local Civil Rule 7.3, and good cause being shown, IT IS ORDERED that the motion is hereby GRANTED. Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is expedited. Plaintiffs have filed their motion for

preliminary injunctive relief on **December 15, 2020** at Docket 47.  Defendants and Intervenor-Defendants will file their responses by **December 23, 2020**.  Plaintiffs will file any reply by **December 30, 2020**.  The Court will endeavor to enter a ruling on the motion by January 6, 2021.

DATED this 16th day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Order re Joint Motion and Stipulation to Expedite Consideration
Page 2 of 2

Case 3:20-cv-00204-SLG   Document 52   Filed 12/16/20   Page 2 of 2