Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Plaintiff Sierra Club*

---

Pls.' Resp. to State of Alaska Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG  1

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH, et al.,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

## PLAINTIFFS' RESPONSE TO THE STATE OF ALASKA'S MOTION TO INTERVENE

On December 14, 2020, the State of Alaska (the State) filed a motion to intervene in the above-captioned litigation. ECF No. 46. In an effort to allow for efficient proceedings and case management by the Court and parties, Plaintiffs and both other groups of Intervenor-Defendants have agreed to reasonable commitments to avoid duplicative briefing and allow productive discussions regarding brief timelines and space limits. ECF Nos. 31, 42, 44.

---

Pls.' Resp. to State of Alaska Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG           2

The State was unable to confer with its clients on whether it would agree to the same conditions prior to Plaintiffs' December 28th deadline to respond to the State's motion. As such, Plaintiffs request that this Court impose the following similar conditions on the State agreed to by other Intervenor-Defendants to date:

1. Movants will use their best efforts to coordinate with counsel for the federal Defendants and other Intervenor-Defendants as effectively as possible to avoid unnecessary duplicative briefing of matters covered in Federal Defendants' and Intervenor-Defendants' merits briefs.

2. Plaintiffs anticipate discussions with counsel for Federal Defendants and Intervenor-Defendants regarding the merits briefing schedule. Movants will engage in these discussions as well, to consider necessary changes in the briefing schedule that will allow Plaintiffs sufficient time to reply to briefs by Federal Defendants and Intervenor-Defendants and appropriate adjustments to Plaintiffs' page limits on reply.

Respectfully submitted this 28th day of December, 2020.

    s/ Brook Brisson
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League,*

---

Pls.' Resp. to State of Alaska Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG     3

*Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

   s/ Karimah Schoenhut (consent)
Karimah Schoenhut (*pro hac vice*)
Sierra Club Environmental Law Program

*Attorney for Plaintiff Sierra Club*

---

Pls.' Resp. to State of Alaska Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG    4

## CERTIFICATE OF SERVICE

I certify that on December 28, 2020, I caused a copy of the PLAINTIFFS' RESPONSE TO THE STATE OF ALASKA'S MOTION TO INTERVENE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

 s/ Brook Brisson
Brook Brisson

Pls.' Resp. to State of Alaska Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG    5

Case 3:20-cv-00204-SLG   Document 64   Filed 12/28/20   Page 5 of 5