JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the United States Department of the Interior, *et al.*,[1]<br><br>    Defendants,<br><br> and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

---

1 Pursuant to FED. R. CIV. P. 25(d), Scott de la Vega, in his official capacity as Acting Secretary of the Interior, is automatically substituted for David Bernhardt.

*Gwich'in Steering Committee v. De La Vega,* 3:20-cv-00204-SLG
DEFS.' NOTICE OF EXECUTIVE ORDER    1

# DEFENDANTS' NOTICE OF EXECUTIVE ORDER

Defendants Scott de la Vega, in his official capacity as Acting Secretary of the United States Department of the Interior, *et al.*, by and through undersigned counsel, hereby provide notice that on January 20, 2021, President Biden issued the Executive Order titled Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, including Section 4: *Arctic Refuge*, pertaining to the subject matter of this litigation. A copy of the Executive Order is submitted herewith as Exhibit 1.

Respectfully submitted,

DATED: January 28, 2021.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

M‍IKE G‍IERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>  */s/ Paul A. Turcke*
>  Paul A. Turcke