Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs Gwich'in Steering
Committee, Alaska Wilderness League, Alaska Wildlife Alliance
Canadian Parks & Wilderness Society-Yukon,
Defenders of Wildlife, Environment America,
Friends of Alaska National Wildlife Refuges,
National Wildlife Federation, National
Wildlife Refuge Association, Northern
Alaska Environmental Center, Sierra Club,
The Wilderness Society, and Wilderness
Watch*

Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Plaintiff Sierra Club*

[additional counsel listed on signature page]

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

Notice of J. Stipulation Re: AIDEA's Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG   Page 1

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> NORTH SLOPE BOROUGH, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

**NOTICE OF JOINT STIPULATION REGARDING ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY'S MOTION TO INTERVENE**

On February 8, 2021, the Alaska Industrial Development and Export Authority (Movant) moved to intervene in this case. ECF No. 72. Plaintiffs and Movant submit this Joint Stipulation to further judicial economy and avoid unnecessary filings relating to the intervention motion. After conferring, Plaintiffs and Movant agree to the following:

1. Plaintiffs will not oppose Movant's intervention.

2. Movant will use their best efforts to coordinate with counsel for the Federal Defendants and Intervenor-Defendants as effectively as possible to avoid unnecessary duplication in filings, including motions, responses, or merits briefs.

Notice of J. Stipulation Re: AIDEA's Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG   Page 2

Case 3:20-cv-00204-SLG   Document 76   Filed 02/22/21   Page 2 of 5

3. Plaintiffs and Movant anticipate discussions with counsel for Federal Defendants and Intervenor-Defendants regarding the merits briefing schedule. Movant is amenable to changes in the briefing schedule that will allow Plaintiffs sufficient time to reply to briefs by Federal Defendants, Intervenor-Defendants, and Movant and appropriate adjustments to Plaintiffs' page limits on reply, subject to the discussions with all Defendants.

4. Plaintiffs and Movant do not anticipate discovery in this action involving judicial review of agency decision-making, and they acknowledge that the initiation of any discovery would require leave from the Court.

5. At this time, Movant does not anticipate filing a motion to dismiss in advance of merits briefing.

Respectfully submitted this 22nd day of February, 2021.

    s/ Brook Brisson
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental*

Notice of J. Stipulation Re: AIDEA's Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG   Page 3

Case 3:20-cv-00204-SLG   Document 76   Filed 02/22/21   Page 3 of 5

*Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

s/ Karimah Schoenhut (with consent)
Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

*Attorney for Plaintiff Sierra Club*

s/ Kyle Parker   (with consent)
Kyle W. Parker (AK Bar No. 9212124)
David J. Mayberry (AK Bar No. 96110662)
HOLLAND & HART LLP
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
kwparker@hollandhart.com
djmayberry@hollandhart.com

*Attorneys for Alaska Industrial Development and Export Authority*

Notice of J. Stipulation Re: AIDEA's Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG   Page 4

Case 3:20-cv-00204-SLG   Document 76   Filed 02/22/21   Page 4 of 5

## Certificate of Service

      I certify that on February 22, 2021, I caused a copy of the NOTICE OF JOINT STIPULATION REGARDING ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY'S MOTION TO INTERVENE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                            s/ Brook Brisson
                                            Brook Brisson

Notice of J. Stipulation Re: AIDEA's Mot. to Intervene
*Gwich'in Steering Committee v. Bernhardt*, Case No. 3:20-cv-00204-SLG   Page 5

Case 3:20-cv-00204-SLG   Document 76   Filed 02/22/21   Page 5 of 5