# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT DE LA VEGA, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

## ORDER RE MOTION TO INTERVENE

Before the Court at Docket 72 is Alaska Industrial Development and Export Authority's (AIDEA) motion to intervene in this action pursuant to Federal Rules of Civil Procedure 24(a) and 24(b). Plaintiffs filed a non-opposition to the motion and a joint stipulation with Movant at Docket 76. Federal Defendants do not take a position on the motion. Intervenor-Defendants do not oppose the motion.

Good cause being shown, IT IS ORDERED that the motion to intervene and the joint stipulation are both GRANTED. Accordingly,

AIDEA is directed to file a clean copy of its Answer within 7 days of this order. AIDEA and Plaintiffs shall abide by the terms of their stipulation that is set

forth at Docket 76.

DATED this 24th day of February, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. De La Vega, et al.*
Order re Motion to Intervene
Page 2 of 2
Case 3:20-cv-00204-SLG   Document 77   Filed 02/24/21   Page 2 of 2