# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>      Plaintiffs,<br> v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>      Defendants,<br> and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>      Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

## ORDER RE DEFENDANTS' AND PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Before the Court at Docket 85 is the Joint Status Report and Defendants' and Plaintiffs' Unopposed Motion to Extend Stay. The Court will GRANT the motion.

Defendants shall file periodic status reports correlated with timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation. Status updates in these timeframes will either

reflect the completion of the associated milestone or provide an update on progress and expected completion timeline. Specifically, these milestones, and associated timeframes, consist of the following:

1. Issuance of the Scoping Report (December 2021).
2. Issuance of the Draft Supplemental Environmental Impact Statement (June 2022).
3. Issuance of the Final Supplemental Environmental Impact Statement (April 2023).
4. Issuance of the Record of Decision (June 2023).

In addition, Defendants will provide notice to counsel for the parties via email when consultation under the ESA is initiated, along with a copy of the biological assessment, and again when consultation is completed, along with a copy of the biological opinion. Defendants will further provide notice to counsel for the Plaintiffs via email upon the issuance of preliminary drafts of the draft and final supplemental environmental impact statements to cooperating agencies, although any such notice will not provide copies or otherwise reveal the contents of the preliminary draft documents themselves.

If any milestone is achieved prior to the above-estimated timeframes, Defendants will file a status report upon completion of the milestone. In addition, within 15 days of reaching each of the listed milestones, Defendants will confer with counsel for Plaintiffs regarding the propriety of maintaining the stay, and if any

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee v. Haaland*
Order Re Defendants' and Plaintiffs' Unopposed Motion to Stay Proceedings
Page 2 of 3

Case 3:20-cv-00204-SLG   Document 86   Filed 09/13/21   Page 2 of 3

party changes its position regarding the stay, they will submit a status report to the Court. A status report addressing the issuance of a new Record of Decision will indicate what further proceedings may be necessary to resume or resolve this litigation.

The motion at Docket 85 is GRANTED. IT IS SO ORDERED.

DATED this 10th day of September, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee v. Haaland*
Order Re Defendants' and Plaintiffs' Unopposed Motion to Stay Proceedings
Page 3 of 3

Case 3:20-cv-00204-SLG   Document 86   Filed 09/13/21   Page 3 of 3