**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Department of the Interior, *et al.*,<br><br>　　　Defendants,<br><br>　　and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>　　　Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

## ORDER RE STATUS REPORT

The Court has reviewed the Federal Defendants' Status Report on Issuance of Scoping Report at Docket 87. An additional status report shall be filed upon the issuance of the Draft Supplemental Environmental Impact Statement, anticipated for June 2022.

DATED this 15th day of December, 2021, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Order re
Page 2 of 2
Case 3:20-cv-00204-SLG   Document 88   Filed 12/15/21   Page 2 of 2