TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>　　　　Defendants,<br>　and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

# DEFENDANTS' STATUS REPORT ON ISSUANCE OF DRAFT SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide this update on the status of the Draft Supplemental Environmental Impact Statement. Order dated Sept. 13, 2021, at 1, ECF No. 86; *see also* Text Order, ECF No. 96.

Defendants advise that the Draft Supplemental Environmental Impact Statement for the Program was issued on September 6, 2023, when it was posted to the Bureau of Land Management's National NEPA Register. *See* https://eplanning.blm.gov/eplanning-ui/project/2015144/510. While not an identified milestone in the aforementioned review of the Program, Defendants further advise that the remaining oil and gas leases issued in January 2021 under the Program were cancelled in a decision dated September 6, 2023. Defendants anticipate at this time that a Final Supplemental Environmental Impact Statement will be issued in the first quarter of 2024, and a Record of Decision will be issued in the second quarter of 2024. Defendants will file an additional status report upon the issuance of the Final Supplemental Environmental Impact Statement, and will otherwise provide notice to counsel as indicated by the parties' prior status reports. Respectfully submitted,

DATED: September 6, 2023.   TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Mark Arthur Brown  
Florida Bar No. 0999504  
Senior Trial Attorney  
Wildlife and Marine Resources Section  
P.O. Box 7611 Washington, D.C. 20044  
202-305-0204 || 202-305-0275 (fax)  
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*  
Paul A. Turcke  
Trial Attorney  
Natural Resources Section  
1290 West Myrtle Street, Suite 500  
Boise, ID 83702  
202-532-5994 || 202-305-0275 (fax)  
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

Mike Gieryic  
Office of the Regional Solicitor, Alaska Region  
4230 University Drive, Suite 300  
Anchorage, AK 99508  
907-271-1420  
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*  
Paul A. Turcke

*Gwich'in Steering Committee v. Haaland*     Case No. 3:20-cv-00204-SLG  
Defs.' Status Report     3

Case 3:20-cv-00204-SLG   Document 98   Filed 09/06/23   Page 3 of 3