# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al., | Case No. 3:20-cv-00204-SLG |
| Plaintiffs, | |
| v. | |
| DEBRA HAALAND, *et al.*, | |
| Defendants, | |
| and | |
| NORTH SLOPE BOROUGH, *et al.*, | |
| Intervenor-Defendants. | |

## [PROPOSED] ORDER RE JOINT STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE STAY

Before the Court at Docket 112 is the Joint Status Report and Unopposed Motion to Continue Stay. IT IS ORDERED that the joint status report is ACCEPTED and the motion to continue the stay is GRANTED.

A joint status report indicating what further proceedings may be necessary to resume or resolve this litigation shall be filed no later than February 28, 2025.

---

*Gwich'in Steering Committee v. Haaland*, Case No. 3:20-cv-00204-SLG　　　1

Dated this _____ day of January, 2025, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge

---

*Gwich'in Steering Committee v. Haaland*, Case No. 3:20-cv-00204-SLG  2