# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

GWICH'IN STEERING COMMITTEE, *et al.*,

                Plaintiffs,

v.

DOUG BURGUM, *et al.*,

                Defendants,

       and

NORTH SLOPE BOROUGH, *et al.*,

            Intervenor-Defendants.

Case No. 3:20-cv-00204-SLG

## [PROPOSED] ORDER RE PLAINTIFFS' UNOPPOSED MOTION TO AMEND AND SUPPLEMENT FIRST AMENDED COMPLAINT

Before the Court at Docket 134 is Plaintiffs' Unopposed Motion to Amend and Supplement First Amended Complaint. Upon due consideration, Plaintiffs' motion is hereby GRANTED. IT IS ORDERED that the Gwich'in Steering Committee, et al., shall file their Second Amended and First Supplemental Complaint for Declaratory and Injunctive relief within seven days of the date of this order.

_____

*Gwich'in Steering Committee v. Burgum*, Case No. 3:20-cv-00204-SLG       1

Dated this _____ day of January, 2026, at Anchorage, Alaska.


_____
HON. SHARON L. GLEASON
United States District Judge

_____
*Gwich'in Steering Committee v. Burgum*, Case No. 3:20-cv-00204-SLG          2