Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Plaintiff Sierra Club*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>Plaintiffs, | Case No. 3:20-cv-00204-SLG |

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

**PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION FOR A BRIEFING SCHEDULE**

Plaintiffs and Federal Defendants submit this Joint Motion for a Briefing Schedule in accordance with the Court's Order on Joint Motion to Amend Case Management Schedule, ECF No. 142 (Feb. 24, 2026). The parties appear to have resolved any concerns about the sufficiency of the administrative records, Defendants have agreed to file a supplement to the administrative records on or before May 6, 2026, and the same schedule is being proposed in the related cases: *Natural Resources Defense Council v. Burgum*, 3:20-cv-00205-SLG, and *Native Village of Venetie Tribal Government v. Burgum*, 3:20-cv-00223-SLG. Plaintiffs and Federal Defendants jointly move for a scheduling order establishing the following deadlines for summary judgment briefing in this case:

- Plaintiffs' Opening Brief will be filed by **June 12, 2026**;
- Federal Defendants' Response Brief will be filed by **July 17, 2026**;

- Intervenor-Defendants' Response Briefs will be filed by **July 24, 2026**; and
- Plaintiffs' Reply Brief will be filed by **August 21, 2026**.

The parties agree that Federal Defendants and each separately-represented group of Intervenor-Defendants shall be allowed to file a combined response brief that addresses the claims in this case and the two related cases identified above. The parties will not oppose a reasonable request to file an overlength brief as may be necessary in responding or replying to briefs from multiple parties, provided that parties will coordinate and reasonably seek to avoid duplicative or unnecessary arguments.

Additionally, the parties recognize that all parties would benefit from a decision from this Court before any potential on-the-ground activities occur under the challenged Coastal Plain Leasing Program and related decisions. At present, the parties do not have sufficient information regarding whether and when such activities may take place. The parties commit to provide the Court with updates as information becomes available, including a timeline by which the parties may request a decision, if necessary.

Counsel have conferred, and Intervenor-Defendant American Petroleum Institute does not oppose this motion or the proposed schedule. Intervenor-Defendants North Slope Borough, et al., take no position on the motion or proposed schedule. Intervenor-Defendant Alaska Industrial Development and Export Authority ("AIDEA") has indicated it will oppose this motion and propose a different schedule. Intervenor-Defendant State of Alaska has indicated it takes no position on this motion and proposed

schedule and does not oppose AIDEA's forthcoming proposed schedule but requests that any schedule maintain a one-week interval between the deadline for filing of Defendants' and Intervenor-Defendants' briefs.

Respectfully submitted this 27th day of April, 2026.

s/ Brook Brisson
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

s/ Karimah Schoenhut (consent)

Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

*Attorney for Plaintiff Sierra Club*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN
Senior Trial Attorney
Wildlife and Marine Resources Section

P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*/s/ Paul Turcke* (consent)
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

**Certificate of Service**

I certify that on April 27, 2026, I caused a copy of PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION FOR A BRIEFING SCHEDULE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Brook Brisson
Brook Brisson