**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GWICH'IN STEERING COMMITTEE, *et al*.,

        Plaintiffs,

    v.

DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al*.,

        Defendants,

    and

NORTH SLOPE BOROUGH, *et al*.,

        Intervenor-Defendants.

Case No. 3:20-cv-00204-SLG

## ORDER ON MOTIONS FOR A BRIEFING SCHEDULE

Before the Court at Docket 156 is Plaintiffs' and Federal Defendants' Joint Motion for a Briefing Schedule, to which Intervenor-Defendant Alaska Industrial Development and Export Authority (AIDEA) responded in opposition and cross-moved for a scheduling order at Docket 159. Plaintiffs replied at Docket 160. Defendants Doug Burgum, *et al*. replied at Docket 162. AIDEA replied to the opposition of its cross-motion at Docket 163. This case is related to two other cases: *Natural Resources Defense Council, et al. v. Burgum, et al.,* Case No. 3:20-cv-00205-SLG, and *Native Village of Venetie Tribal Government, et al. v. Burgum*, *et al.,* Case No. 3:20-cv-00223-SLG, and the same briefing schedule is ordered in all three cases.

Based upon the Court's review of the parties' filings, IT IS ORDERED that the motions for briefing schedule at Dockets 163 and 164 are GRANTED as follows:

- Plaintiffs' Opening Brief will be filed by **June 12, 2026**;

- Federal Defendants' Response Brief will be filed by **July 17, 2026**;

- Intervenor-Defendants' Response Briefs will be filed by **August 7, 2026**; and

- Plaintiffs' Reply Brief will be filed by **September 4, 2026**.

Federal Defendants and each separately-represented group of Intervenor-Defendants may file a combined response that addresses the claims filed in each of the separate opening briefs in the three related cases. Further, the parties will not oppose a reasonable request to file an overlength brief, provided that the parties will coordinate and reasonably seek to avoid duplicative or unnecessary arguments.

The Court will endeavor to issue a ruling by November 20, 2026 in each case, unless Defendants provide notice that no on-the-ground activities are planned for the 2026-27 winter season.

If the Court finds agency error by Federal Defendants and Plaintiffs contend the error requires the vacatur of AIDEA's lease agreements, the parties will brief the lease-specific remedy issue separately, after the Court's ruling on agency error, on a briefing schedule that will be specified in the Court's merits decision.

IT IS SO ORDERED this 15th day of May, 2026, at Anchorage, Alaska.

_/s/_
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. Burgum, et al.*
Order on Motions for a Briefing Schedule
Page 2 of 2

Case 3:20-cv-00204-SLG    Document 164    Filed 05/15/26    Page 2 of 2