Adam W. Cook, ABA #0611071
Michelle S. Nesbett, ABA #0705028
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
acook@bhb.com | mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
Birch Horton Bittner & Cherot
1150 Connecticut Avenue NW, Suite 350
Washington, DC 20036-4142
jlister@bhb.com | bgerd@bhb.com
Telephone: 202.862-8368
Facsimile: 202.659-1027

Attorneys for Intervenor-Defendant
Alaska Industrial Development and Export Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | Case No.: 3:20-cv-00204-SLG |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

| | |
|---|---|
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al.,<br>Plaintiffs,<br>vs.<br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br>NORTH SLOPE BOROUGH, et al.,<br>Intervenor-Defendants. | Case No. 3:20-cv-00223-SLG |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 7.1(f), Intervenor-Defendant Alaska Industrial Development and Export Authority respectfully requests oral argument on Plaintiffs' motions for summary judgment in the three above-referenced matters.

DATED this 9th day of September, 2026.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Intervenor-Defendant
Alaska Industrial Development and Export Authority

By: /s/ Adam W. Cook
Adam W. Cook, ABA #0611071
James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
Michelle S. Nesbett, ABA #0705028

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of September, 2026, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

BIRCH HORTON BITTNER & CHEROT

By: /s/ Adam W. Cook