CORI MILLS
ACTING ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Ronald W. Opsahl (Alaska Bar No. 2108081)
David W. Duffy (Alaska Bar No. 0605016)
Assistant Attorneys General
State of Alaska, Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Email: mary.gramling@alaska.gov
ron.opsahl@alaska.gov
david.duffy@alaska.gov

*Attorneys for the State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GWICH'IN STEERING COMMITTEE, *et al.*,

Plaintiffs,

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al*,

Intervenor-Defendants.

Case No. 3:20-cv-00204-SLG

NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,

Plaintiffs,

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

Case No. 3:20-cv-00205-SLG

---

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,

Plaintiffs,

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

Case No. 3:20-cv-00223-SLG

**REQUEST TO ESTABLISH PUBLIC LISTEN LINE FOR ORAL ARGUMENT**

The State of Alaska respectfully requests that this Court establish a public listen line for the oral argument in these matters set for October 29, 2026, at 1:00 p.m. in the Anchorage Courtroom 2. See, Local Civil Rule 77.3(c). Interested State employees, as well as members of the public, are located throughout the State, and those outside of the Anchorage area may not otherwise be able to easily observe argument in this matter without access to a telephonic conference number for a public listen line.

DATED: September 11, 2026


CORI MILLS
ACTING ATTORNEY GENERAL

By: */s/Mary Hunter Gramling*
Mary Hunter Gramling
Alaska Bar No. 1011078
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov
Attorney for the State of Alaska

## CERTIFICATE OF SERVICE

I herby certify that on September 11, 2026 a true and correct copy of the foregoing was served electronically on all registered parties through the Court's CM/ECF system.

DATED: September 11, 2026.

*/s/ Mary Hunter Gramling*
Mary Hunter Gramling
Chief Assistant Attorney General