Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and | Case No. 3:20-cv-00204-SLG |

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

**PLAINTIFFS' NOTICE RE: ORAL ARGUMENT**

Plaintiffs' counsel met and conferred regarding oral argument for this case and the two related cases, *Native Village of Venetie v. Burgum*, No. 3:20-cv-00223-SLG and *Natural Resources Defense Council v. Burgum*, No. 3:20-cv-00205-SLG, as directed by the Court's September 30, 2026 Order on NRDC Plaintiffs' Request for Clarification, ECF No. 197.

Plaintiffs will endeavor to minimize duplication of arguments and intend to divide the allotted 60 minutes evenly and present argument in the following case order:

1. *Native Village of Venetie v. Burgum*, No. 3:20-cv-00223-SLG, by Mitchell Forbes;
2. *Gwich'in Steering Committee v. Burgum*, No. 3:20-cv-00204-SLG, by Brook Brisson; and
3. *Natural Resources Defense Council v. Burgum*, No. 3:20-cv-00205-SLG, by Hannah Payne Foster.

Additionally, Plaintiffs respectfully request that counsel for the Federal Defendants and the Alaska Industrial Development and Export Authority provide the parties and the Court with an update regarding permitting for winter exploration to help

inform the timeline for a decision. *See* Order on Mots. For a Briefing Schedule at 2. ECF No. 64 (May 15, 2026) ("The Court will endeavor to issue a ruling by November 20, 2026 in each case, unless Defendants provide notice that no on-the-ground activities are planned for the 2026–27 winter season.").

Respectfully submitted this 22nd day of October, 2026.

s/ Brook Brisson
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch*

## **Certificate of Service**

I certify that on October 22, 2026, I caused a copy of PLAINTIFFS' NOTICE RE: ORAL ARGUMENT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Brook Brisson
Brook Brisson