ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar. No. 0999504)
Senior Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3103
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,

Plaintiffs,

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

Case No. 3:20-cv-00205-SLG

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,

Plaintiffs,

v.

DOUG BURGUM, *et al.*,

Defendants,

and

NORTH SLOPE BOROUGH, *et al.*,

Intervenor-Defendants.

Case No. 3:20-cv-00223-SLG

## STATUS REPORT

In response to Plaintiffs' Notice Regarding Oral Argument, Dkt. 198 in Case No. 20-cv-204, and in consideration of the Court's Order on Motions for a Briefing Schedule, Dkt. 164 in Case No. 20-cv-204, Defendants advise that they are unable at this time to

provide notice that no on-the-ground activities will occur during the 2026-27 winter season. Defendants have received, and are in the process of reviewing, one or more applications for at least one on-the-ground activity for the 2026-27 winter season. Defendants will promptly provide notice of a decision granting any application to conduct activities in the 2026-27 winter season.

Respectfully submitted.

DATED: October 27, 2026.


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3103
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A, Turcke*
Paul A. Turcke